IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-20806
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARIA INEZ CANTU,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CR-158-1

_____

April 21, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Maria Inez Cantu appeals her sentence following her conviction for conspiracy. She argues that the district court erred by increasing her offense level by two pursuant to U.S.S.G. § 2D1.1 for possession of a firearm. We have reviewed the record and find no reversible error. Given the evidence in the PSR that a loaded pistol was discovered on the headboard to the bed in the master bedroom at Cantu's residence next to a large amount of currency, the district court did not err by increasing her offense level

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

pursuant to § 2D1.1(b)(1).  Accordingly, the judgment of the district court is

A F F I R M E D.